**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Brett A Atkinson | : | Chapter 13 |
| | : | Case No.: 24-11361-AMC |
|                  Debtor. | : | |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., certify that on the date indicated below I served a true and correct copy of the Motion to Reinstate Case was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

Respectfully submitted,

Dated: September 18, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
(215) 545-0008
brad@sadeklaw.com